IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNIVERSAL UNDERWRITERS   :   Civ. No.  4:11-CV-01851
INSURANCE COMPANY   :
  :
       Plaintiff,   :   (Judge Brann)
  :
  :   (Magistrate Judge Arbuckle)
   v.   :
  :
J MURRAY CO., INC.,  MURRAY   :
LEASING, INC., and MURRAY   :
MOTORS AUTO EXCHANGE LLC   :
  :
      Defendants.   :

## ORDER

January 29, 2014

**BACKGROUND:**

The undersigned has given full and independent consideration to the detailed October 28, 2013 report and recommendation of Magistrate Judge William I. Arbuckle, III.  ECF No. 82.  Plaintiff and Defendant filed responses to the report and recommendation.  ECF Nos. 84, 85, 86.  Consequently, the matter is ripe for disposition.

Because this Court agrees with Magistrate Judge Arbuckle's analysis and because the parties did not raise substantially novel contentions in their responses, the Court will not rehash the sound reasoning of the magistrate judge and will

adopt the report and recommendation in its entirety.  Material facts remain at issue

such that the matter is not amenable to summary judgment.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1.  United States Magistrate Judge William I. Arbuckle III's Report and

    Recommendation is ADOPTED in full.  October 28, 2013, ECF No.

    82.

2.  Plaintiff's Motion to for Partial Summary Judgment is DENIED.

    November 6, 2012, ECF No. 71.

BY THE COURT:


s/Matthew W. Brann
Matthew W. Brann
United States District Judge
